# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-cv-01819-PLC |
| CORIZON, et al., | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of Plaintiff's post-judgment motion to reopen.[1] [ECF No. 19]. Plaintiff is a prisoner who is subject to 28 U.S.C. § 1915(g), and who previously "knowingly and persistently engaged in litigation practices that amount[ed] to abuse of the judicial process." *Engel v. Jefferson County Sheriff Dep't.* No. 4:21-cv-00896-SEP, 2021 WL 4133791, at *3 (E.D. Mo. Sept. 10, 2021). In the instant motion, Plaintiff complains that all the medical complaints he submitted in 2021 should have been consolidated in one lawsuit. He seeks the appointment of counsel and asks that his prison account be "paid off." Last, he asks for relief for all the "medical issues [the Missouri Department of Corrections] failed to treat," presumably in 2021.

Plaintiff's motion is frivolous, and it is consistent with his prior pattern of abusive litigation before this Court. The Court will therefore deny the motion and direct the Clerk to return any future documents to Plaintiff unfiled.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to reopen, ECF No. 19, is **DENIED.**

---

[1] This action was dismissed on March 26, 2021, pursuant to 28 U.S.C. § 1915(e)(2)(B). On September 23, 2021, the Eighth Circuit Court of Appeals dismissed Plaintiff's appeal for failure to prosecute. *Engel v. Corizon, et al.,* No. 21-2645 (8th Cir. 2021).

**IT IS FURTHER ORDERED** that, should Plaintiff submit any additional documents in this closed matter, the Clerk of Court shall return them to Plaintiff unfiled.

Dated this 7th day of January, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE